# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

PATRICK L. SHERMAN
ADC #096304                                                                                          PLAINTIFF

v.                                          4:22-cv-01278-JM-JJV

VARNER UNIT, ADC, *et al*.                                                                    DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this Recommendation.  Objections should be specific and include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.     DISCUSSION**

Patrick L. Sherman ("Plaintiff") is a prisoner in the Arkansas Division of Correction.  He has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983.  Prior to filing this lawsuit, Plaintiff accumulated three strikes as defined by 28 U.S.C. § 1915(g).[1]  In his Complaint, Plaintiff says he was held in punitive isolation longer than his disciplinary sentence due to overcrowding at the Varner Unit.  (Doc. 2.)  He also claims his cellmate asked to be moved to another cell because

---

[1] *Sherman v. Rhodes*, 5:96-cv-00365-LPR (E.D. Ark); *Sherman v. Norris*, 5:97-cv-00405-ETR (E.D. Ark); *Sherman v. Corr. Med. Serv.*, 5:01-cv-00161-HW (E.D. Ark); *Sherman v. Clark County*, 6:13-cv-06126-SOS (W.D. Ark).

Plaintiff is gay.  (*Id.*)  But Plaintiff does not claim his cellmate threatened to physically harm him or that he is otherwise in imminent danger of serious physical injury.  (*Id.*)

On January 9, 2023, I concluded Plaintiff's allegations did not satisfy the imminent danger exception to the three strikes rule in § 1915(g), denied his *in forma pauperis* application, gave him twenty-one days to pay the filing fee in full, and cautioned him I would recommend dismissal if he did not timely do so.  (Doc. 3.)  Plaintiff has not complied with my instructions, and the time for doing so has expired.  Therefore, Plaintiff's Complaint should be dismissed without prejudice.  If Plaintiff wishes to proceed with this action, he must pay the $402 fee in full with his objections to this recommendation.

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of February 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE