IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICK L. SHERMAN
ADC #096304                                                                                                PLAINTIFF

v.                                          4:22-cv-01278-JM-JJV

VARNER UNIT, ADC, *et al*.                                                                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE